

LENNON, MURPHY & LENNON LLC
Attorneys for Plaintiff
Kevin J. Lennon
Nancy R. Peterson
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FAR EASTERN SHIPPING CO., PLC,    :
                                  :
              Plaintiff,          :    **ECF CASE**
                                  :
      - against -                 :
                                  :
FLEET SERVICES ASIA PTY LTD.,     :
                                  :
              Defendant.          :
------------------------------------------------------X

08 Civ. _____ (    )

## VERIFIED COMPLAINT

Plaintiff, FAR EASTERN SHIPPING CO., PLC (hereinafter "FESCO" or "Plaintiff") by

and through their attorneys, Lennon Murphy & Lennon, LLC, as and for their Verified

Complaint against the Defendant, FLEET SERVICES ASIA PTY LTD. (hereinafter "FLEET

SERVICES" or "Defendant"), alleges, upon information and belief, as follows:

1.    This is an admiralty and maritime claim within the meaning of Federal Rule of

Civil Procedure 9(h) and 28 United States Code § 1333. Jurisdiction over this matter is also

present pursuant this Court's federal question jurisdiction, 28 United States Code § 1331.

2.    Venue is properly situated in this Honorable Court's district pursuant to 28 United

States Code § 1391 and the General Maritime Law of the United States.

3.     At all material times, Plaintiff was and still is an entity organized and existing by virtue of foreign law with a principal place of business at 15, Aleutskaya Street, Vladivostok, 690990, Russia.

4.     Upon information and belief, at all material times, Defendant FLEET SERVIES was and still is an entity duly organized and existing by virtue of foreign law with a place of business at Factory 3/189 Cherry Lane, Laverton, Melbourne, Australia.

5.     Plaintiff's subsidiary, non-party FESCO AUSTRALIA PTY LTD. (hereafter referred to as "FESCO AUSTRALIA"), contracted with FLEET SERVICES to clean the cargo holds of FESCO's motor vessel KHUDOZHNIK ZHUKOV (hereafter referred to as "Vessel").

6.     FLEET SERVICES performed the requested cleaning of the Vessel's holds at the Port of Melbourne, Australia in May of 2006 and thereafter issued an invoice[1] to FESCO AUSTRALIA. A copy of FLEET SERVICES' invoice is attached hereto as Exhibit 1.

7.     FLEET SERVICES' invoice called for FESCO AUSTRALIA to pay $159,348.80 (AUD) for cleaning services rendered on the Vessel. A later credit adjustment reduced the amount due by $9,736.02 (AUD).

8.     On or about May 16, 2006, FESCO AUSTRALIA made a payment to FLEET SERVICES in the amount of AUD $149,609.78 in full and final satisfaction of FLEET SERVICES' invoice. A copy of the documents[2] reflecting this payment is annexed hereto as Exhibit 2.

---

[1] The invoice was subsequently re-issued to reflect a discount due to FESCO AUSTRALIA. A copy of FLEET SERVICES' Adjustment Note is included as part of Exhibit 1. The total due for services rendered was thus AUD $149,609.78 (equivalent to USD $110,352.17).

[2] Confidential account information has been redacted from the documents to protect FESCO AUSTRALIA.

9.     On or about May 26, 2006, FESCO made, in error, a second payment to FLEET SERVICES in the amount of AUD $149,609.78. A copy of the documents[3] reflecting this second payment is annexed hereto as Exhibit 3.

10.     Subsequent to the second payment FESCO discovered the erroneous second payment. FESCO thereafter requested that FLEET SERVICES return the payment to FESCO. Although FESCO repeatedly sought FLEET SERVICES voluntary return of the second payment the same has never been returned to FESCO. A copy of the correspondence documenting FESCO's efforts to obtain the return of the second payment is attached hereto as Exhibit 4.

11.     No formal written agreement exists between FESCO and FLEET SERVICES but as the agreement was reached with an Australian citizen, the services rendered were performed by FLEET SERVICES on the vessel whilst she was within the territorial waters of Australia, and payment was twice received by FLEET SERVICES in Australia, Australian law governs the substantive rights of the parties. FESCO reserves the right to initiate legal proceedings against FLEET SERVICES in Australia.

12.     In the circumstances set out herein, the Defendant has been unjustly enriched by virtue of the second payment and FESCO is lawfully entitled to obtain the return of the second payment. Defendant's unlawful retention of the second payment is in violation of the terms, implied and/or express, of the parties' agreement and the second payment should, as a matter of equity, be held in a constructive trust in favor of FESCO. In addition, as per Australian law, FESCO is entitled to recover interest on its claim and also its legal fees and costs incurred in obtaining recovery of its mistaken payment.

---

[3] Confidential account information has been redacted from the documents to protect FESCO.

13.    Due to FLEET SERVICE's aforesaid breach of the charter party, FESCO has sustained damages in the total principal amount of $110,352.17.

14.    Interest, costs and attorneys' fees are routinely awarded to the prevailing party in proceedings governed by Australian law. As best as can now be estimated, Plaintiff expects to recover the following amounts:

| | | |
|---|---|---|
| A. | On the principal claim: | $110,352.17; |
| B. | 3 years of interest at 12% per annum: | $44,684.68; and |
| C. | Legal costs and fees: | $25,000. |
| **Total:** | | **$180,036.85.** |

15.    Upon information and belief and following a good faith investigation, Plaintiff avers that the Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but, upon information and belief, Defendant has, or will have during the pendency of this action, assets within this District and subject to the jurisdiction of this Court, held in the hands of garnishees within the District which are believed to be due and owing to the Defendant.

16.    The Plaintiff seeks an order from this court directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, and also pursuant to the United States Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching, *inter alia*, any assets of the Defendant held by any garnishee(s) within the District for the purpose of obtaining personal jurisdiction over the Defendant, and to secure the Plaintiff's claim as described above.

4

**WHEREFORE**, Plaintiff prays:

A.     That process in due form of law issue against the Defendant, citing it to appear and answer under oath all and singular the matters alleged in the Complaint, failing which default judgment be entered against it in the sum of $180,036.85;.

B.     That since the Defendant cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any other funds up to the amount of **$180,036.85** belonging to, due or being transferred to, from, or for the benefit of the Defendant, including , but not limited to, such property as may be held, received or transferred in Defendant's name, or as may be held, received or transferred for its benefit at, moving through, or within the possession, custody or control of banking/financial institutions and/or other institutions or such other garnishes to be named, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint;

C.     That this Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof;

D.     That this Court award Plaintiff the attorneys' fees and costs incurred in this action; and

E.     That the Plaintiff has such other, further and different relief as the Court may deem just and proper.

Dated: Southport, CT
January 30, 2008

The Plaintiff,
FAR EASTERN SHIPPING CO., PLC

By: _____

Kevin J. Lennon
Nancy R. Peterson
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050
Fax (212) 490-6070
kjl@lenmur.com
nrp@lenmur.com

## ATTORNEY'S VERIFICATION

State of Connecticut )
                )     ss.:    Town of Southport
County of Fairfield )

1.     My name is Kevin J. Lennon.

2.     I am over 18 years of age, of sound mind, capable of making this

Verification, and fully competent to testify to all matters stated herein.

3.     I am a partner in the firm of Lennon, Murphy & Lennon, LLC, attorneys for the

Plaintiff.

4.     I have read the foregoing Verified Complaint and know the contents

thereof and believe the same to be true and accurate to the best of my knowledge, information
and belief.

5.     The reason why this Verification is being made by the deponent and not

by the Plaintiff is that the Plaintiff is a business organization with no officers or directors now
within this District.

6.     The source of my knowledge and the grounds for my belief are the

statements made, and the documents and information received from, the Plaintiff and agents
and/or representatives of the Plaintiff.

7.     I am authorized to make this Verification on behalf of the Plaintiff.

Dated:      Southport, CT
              January 30, 2008

Kevin J. Lennon

# EXHIBIT 1




## Fleet Services
### ASIA PTY LTD

www.fleetservices.com.au

Nationwide Co-ordination for Ship Repairs, General Engineering & Project Work, Stores & Safety.

A.B.N. 84 106 718 690

ATE: 10-03-2006

TAX INVOICE N° IN500301
INTERNAL: 3

O: FESMEL

FESCO AUSTRALIA PTY LTD
LEVEL 1
280 COVENTRY STREET
SOUTH MELBOURNE 3205
VIC

SHIP TO: M.V. KHUDOZHNIK ZHUKOV
PORT OF MELBOURNE.

Входящий № _____

TELEPHONE:  9697-3000
ORDER/REF:  GARETH
DEPARTMENT:

JOB N°    8392-00
PAYMENT TERMS    30 Days

| Quantity | Code | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1. | MAT000 | LABOUR/MATERIALS/DISPOSAL AS PER ATTACHED SCHEDULE | 159345.80 | 159,345.80 |

## OVERDUE NOTICE
### Re-issued: 01-05-2006

DIRECT DEPOSIT DETAILS:

BANK: ANZ
ADDRESS: SWAN STREET, RICHMOND.
BSB NO': 013-410
ACCOUNT: 2961-11585

S:   CLEANING OF HOLD & CONTAINERS FROM FUEL-OIL SPILL

| | | |
|---|---|---|
| TOTAL $ | 159,345.80 |
| DISCOUNT $ | 0.00 |
| NET AUG $ | 159,345.80 |

**PLEASE SETTLE THIS ACCOUNT IMMEDIATELY**
**NO STATEMENT ISSUED - PLEASE PAY ON INVOICE**



### *Fleet Services*
**ASIA** PTY LTD

www.fleetservices.com.au

**Nationwide Co-ordination for Ship Repairs, General Engineering & Project Work, Stores & Safety.**

A.B.N. 64 108 718 690

Финансово-валютная служба
Входящий № *644480*
*17* " *05* 2006 г.

**DATE: 01-05-2006**

**ADJUSTMENT NOTE: AN500301**
**INTERNAL: 3**

TO: FESMEL
FESCO AUSTRALIA PTY LTD
LEVEL 1
280 COVENTRY STREET
SOUTH MELBOURNE 3205
VIC

SHIP TO: M.V. KHUDOZHNIK ZHUKOV
PORT OF MELBOURNE.

Telephone: 9697-3000
Invoice Ref: IN500301
Department:

Payment Terms: 30 Days

| Quantity | Code | Description | Adjustment |
|---|---|---|---|
| | DISC | Sales Discount on Invoice IN500301 | 9,736.02 |

Details:   DISCOUNT AS AGREED

| | |
|---|---|
| Total | 9,736.02 |
| Discount $ | 9,736.02 |
| GST $ | 0.00 |
| Net $ | 9,736.02 |

THIS TRANSACTION IS A CREDIT ADJUSTMENT - NO PAYMENT IS REQUIRED FOR THE AMOUNT SHOWN

# EXHIBIT 2



# FESCO AUSTRALIA PTY. LTD.

A.B.N. 98-106 440 991

LEVEL 1,
280 COVENTRY STREET
SOUTH MELBOURNE 3205
TELEPHONE: +61 3 9697 3000
FACSIMILE: +61 3 9699 6598
www.fesco.com.au

## Vessel Disbursement Account

| Reference No: | AUS012481 |
|---|---|

### VOUCHERS AND RECEIPTS
### IN SUPPORT OF DISBURSEMENT ACCOUNT

MV / Voyage: Khudozhik Zhukov ▾   511

Port: Melbourne ▾   NB

Account of: FAL ▾

Arrived on: 2/03/2006

Sailed on: 4/03/2006

Sum of A$:  $  149,609.78

COPY

SUPPLEMENTARY

FESCO AUSTRALIA PTY LTD

Managing Director
Mr Vadim Velolskiy

# FESCO AUSTRALIA PTY. LTD.
melcessau
GD01

**Disbursement Account**

Date: 17/05/2006
Time: 12:19
Page: 1

| Vessel/VoyagePort | NNZHU11 NBAUE- |
| Arrived: | 02/05/2006 |
| Sailing | 04/05/2006 |
| DA/Inv No | AUS012451 |

| Entry: | 2005.05.X00255 |
| Status | P |
| Account | 20010 |
| Amount AUD | 159,689.78 |
| User ID | melcessau |
| Date | 17/05/2006 |

| Vendor | Invoice | Inv. Date | AP Post. Dt | Check | Check No. Account | Curr Orig. Amount | Agency Amount |
|--------|---------|-----------|-------------|-------|-------------------|-------------------|---------------|
| FESFOO1 FESEF SERVICES PTY IN990191 | | 30/05/2006 | 13/05/2006 | 1509 | 13/05/2006 5316 | LOOK 1 MOORING STORES AUD 159,345.80 | AUD 159,345.80 |
| FESFOO1 FESEF SERVICES PTY IN990502 | | 01/05/2006 | 13/05/2006 | 1509 | 15/05/2006 5313 | DECK & ENGINE STORES AUD -9,736.02 | -9,736.02 |
| | | | | | | AUD 149,609.78 | 149,609.78 |
| | | | | | | Sub-total | |
| | | | | | | Total | AUD 149,609.78 | 149,609.78 |

# Fleet Services ASIA PTY LTD

RECEIVED
1 4 MAR 2006
BY: ...

www.fleetservices.com.au

Nationwide Co-ordination for Ship Repairs, General Engineering & Project Work, Stores & Safety.

A.B.N. 64 108 718 690

COPY

DATE: 10-03-2006          0 9 MAY 2006

TAX INVOICE Nº IN500301
INTERNAL:   3

TO:  FESMEL      FESCO AUSTRALIA PTY LTD
                 LEVEL 1
                 280 COVENTRY STREET
                 SOUTH MELBOURNE 3205
                 VIC
TELEPHONE:       9697-3000
ORDER/REF:       GARETH
DEPARTMENT:

SHIP TO:    M.V. KHUDOZHNIK ZHUKOV
            PORT OF MELBOURNE.

JOB Nº     8392-00
PAYMENT TERMS     30 Days

| Quantity | Code | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | MAT000 | LABOUR/MATERIALS/DISPOSAL AS PER ATTACHED SCHEDULE | 159345.80 | 159,345.80 |

DIRECT DEPOSIT DETAILS:      BANK: ANZ
                             ADDRESS: SWAN STREET,
                             RICHMOND.
                             BSB NO: 013-410
                             ACCOUNT: 2961-11585

VOYAGE LEDGER CODING - AUSTRALIA

| CODED BY | AUTHORISED BY | INVOICE RECEIVED (DATE) | | |
|---|---|---|---|---|
| 4MK | | | | |
| VESSEL | VOYAGE | PORT | COST CODE | AMOUNT |
| KHZH | 511N | MEL | 512 | 159,345.80 |
| | | | | |
| | | | | |
| | | | GST | |
| | | | INVOICE TOTAL | 159,345.80 |

*Please refer to credit note no. AN500301 for $9,736.02*
4MK

Details:  CLEANING OF HOLD & CONTAINERS FROM FUEL OIL SPILL

| | |
|---|---|
| TOTAL $ | 159,345.80 |
| DISCOUNT $ | 0.00 |
| NET AUD $ | 159,345.80 |

PLEASE SETTLE THIS ACCOUNT BY 09-04-2006
NO STATEMENT ISSUED - PLEASE PAY ON INVOICE

Factory 3/189 Cherry Lane, Laverton, Melbourne, Australia. 3026
Ph: +61 3 8368 2550  Fax: +61 3 8368 2332  Email: technical@fleetservices.com.au
AS/NZS ISO 9001: 2000 Certified

**JOB DESCRIPTION:**

HOLD/CONTAINER CLEANING - MELBOURNE

ITEM: Labour, materials, allowances, contractors etc

| | DATE | MEM | START | FINISH | HRS | TOTAL | PRICE EA | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **LABOUR:** | | | | | | | | |
| LABOUR - PER MAN - DAY SHIFT | March 3, 2006 | 10 | 5.00 | 13.30 | 8 | 60 | $115.00 | $9,200.00 |
| LABOUR - PER MAN - DAY/TWILIGHT SHIFT | March 3, 2006 | 10 | 13.30 | 18.30 | 5 | 50 | $145.00 | $7,250.00 |
| LABOUR - PER MAN - SUPERVISOR | March 3, 2006 | 1 | 5.00 | 19.30 | 14 | 14 | $165.00 | $2,310.00 |
| LABOUR - PER MAN - NIGHT SHIFT | March 3, 2006 | 9 | 17.00 | 10.00 | 17 | 153 | $145.00 | $22,185.00 |
| LABOUR - PER MAN - NIGHT SHIFT | March 4, 2006 | 2 | 0.30 | 10.00 | 9.5 | 19 | $145.00 | $2,755.00 |
| LABOUR - PER MAN - SUPERVISOR | March 3, 2006 | 1 | 22.00 | 10.00 | 12 | 12 | $165.00 | $1,980.00 |
| LABOUR - PER MAN - DAY SHIFT / DISPOSALS | March 4, 2006 | 2 | 10.00 | 13.00 | 6 | 12 | $115.00 | $1,380.00 |
| LABOUR - CLEANING & DECONTAMINATION OF EQUIPMENT | March 6, 2006 | 2 | 7.30 | 17.30 | 10 | 20 | $115.00 | $2,300.00 |
| | | | | | | | | |
| **EQUIPMENT HIRE:** | | | | | | | | |
| HIGH VELOCITY VAC PUMP - UNIT 1 | March 3, 2006 | | 3.00 | 16.00 | 13 | 13 | $495.00 | $6,435.00 |
| HIGH VELOCITY VAC PUMP - UNIT 2 | March 3, 2006 | | 6.00 | 13.00 | 13 | 13 | $495.00 | $6,435.00 |
| HP HYDRO JET CLEANER | March 3, 2006 | | 5.00 | 18.00 | 13 | 13 | $395.00 | $5,135.00 |
| HP HOT WASH UNIT | March 3, 2006 | | 5.00 | 18.00 | 13 | 13 | $395.00 | $5,135.00 |
| HP VACUUM UNIT & DRIVER | March 3, 2006 | | 11.00 | 18.00 | 7 | 7 | $650.00 | $4,550.00 |
| ROTARY GUN NOZZLES - 2 UNITS | March 3, 2006 | | 5.00 | 18.00 | 13 | 26 | $49.00 | $1,274.00 |
| | | | | | | | | |
| HIGH VELOCITY VAC PUMP - UNIT 1 | PM, 3/3/2006 | | 18.00 | 10.00 | 16 | 16 | $495.00 | $7,920.00 |
| HIGH VELOCITY VAC PUMP - UNIT 2 | PM, 3/3/2006 | | 18.00 | 10.00 | 16 | 16 | $495.00 | $7,920.00 |
| HP HYDRO JET CLEANER | PM, 3/3/2006 | | 18.00 | 10.00 | 16 | 16 | $395.00 | $6,320.00 |
| HP HOT WASH UNIT | PM, 3/3/2006 | | 18.00 | 10.00 | 16 | 16 | $395.00 | $6,320.00 |
| HP VACUUM UNIT & DRIVER | PM, 3/3/2006 | | 18.00 | 10.00 | 16 | 16 | $650.00 | $10,400.00 |
| ROTARY GUN NOZZLES - 3 UNITS | PM, 3/3/2006 | | 18.00 | 10.00 | 16 | 48 | $49.00 | $2,352.00 |
| | | | | | | | | |
| HIGH VELOCITY VAC PUMP - UNIT 1 | March 4, 2006 | | 10.00 | 13.00 | 3 | 3 | $495.00 | $1,485.00 |
| HIGH VELOCITY VAC PUMP - UNIT 2 | March 4, 2006 | | 10.00 | 13.00 | 3 | 3 | $495.00 | $1,485.00 |
| | | | | | | | | |
| HP HOT WASH UNIT - CLEANING & DECONTAMINATION | March 6, 2006 | | 7.30 | 17.30 | 10 | 10 | $395.00 | $3,950.00 |
| HIGH VELOCITY VAC PUMP - UNIT 1 - CLEANING & DECONTAMINAT | March 6, 2006 | | 7.30 | 17.30 | 10 | 10 | $495.00 | $4,950.00 |
| | | | | | | | | |
| **DISPOSAL & MATERIALS:** | | | | | | | | |
| OILY WATER/SLUDGE WASTE - PER LTR | | | | | | 34000 | $0.38 | $12,240.00 |
| 1 & 4, OF MARCH - 12000 LTRS | | | | | | | | |
| 6/3/06 - 22000 LTRS | | | | | | | | |
| 34000 - 32000 LTRS | | | | | | | | |
| 9/3 - 450KG OF HARD OIL WASTE/DRAGS | | | | | | 1750 | $2.44 | $4,270.00 |
| 9/3 - 130KGS OF HARD OIL WASTE/DRUMS | | | | | | 20 | $62.94 | $1,259.80 |
| OIL SPILL ABSORBENT - PER BAG | | | | | | 1 | $4,844.00 | $4,844.00 |
| CHEMICALS FOR CLEANING | | | | | | 1 | $400.00 | $400.00 |
| HIRE OF LIGHTING | | | | | | 1 | $3,915.00 | $3,915.00 |
| PLASTIC WRAP & DISPOSABLE CLOTHING | | | | | | 1 | $1,032.00 | $1,032.00 |
| CONSUMABLE ITEMS | | | | | | | | $168,346.90 |



**Fleet Services**

**ASIA PTY LTD**

www.fleetservices.com.au

Nationwide Co-ordination for Ship Repairs, General Engineering & Project Work, Stores & Safety.

A.C.N. 108 715 650

ATT:

| | |
|---|---|
| FESCO AUSTRALIA PTY LTD | VESSEL NAME: | M.V. KHUDOZHNIK ZHUKOV |
| LEVEL 1 | PURCHASE ORDER NO¹: GARETH | |
| 280 COVENTRY STREET | JOB NUMBER: | 5392-00 |
| SOUTH MELBOURNE 3205 | DATE: | 3/03/2006 |
| VIC | PORT: | MELBOURNE |

**WE ATTENDED THE ABOVE VESSEL & SUPPLIED THE FOLLOWING SERVICES BELOW**

| ITEM: | QTY: | DESCRIPTION: |
|---|---|---|
| 1 | 1 | CLEAN CONTAINERS & HOLD AS A RESULT OF OIL CONTAMINATION |
| | | All details and features of aforesaid work |
| | | to be continued by vessel |

SIGNATURE: x

STAMP:

FESCO

M/V KHUDOZHNIK ZHUKOV

VLADIVOSTOK

REV 6/05



"STEVEN BROWN"
<sb@fleetservices.com.au>
28/04/2006 09:39 AM
Please respond to
<sb@fleetservices.com.au>

To  <jrichards@fesco.com.au>, "FLEET SERVICES ASIA PTY
    LTD" <admin@fleetservices.com.au>
cc  <60321@50.fesco.ru>

bcc

Subject  RE: mv Khudozhnik Zhukov – hold/containers cleaning


Good Morning Jeanine;

Thank you for your email, I will send original invoice & original credit
note via DHL today.

Thanks for your assistance.


Best Regards,

STEVEN D. BROWN.
General Manager.

FLEET SERVICES ASIA PTY LTD

TEL: +61 3 8368-2550
FAX: +61 3 8368-2332
MOB: +61 438 383370

www.fleetservices.com.au

-----Original Message-----
From: jrichards@fesco.com.au [mailto:jrichards@fesco.com.au]
Sent: Friday, 28 April 2006 8:17 AM
To: sb@fleetservices.com.au; 'FLEET SERVICES ASIA PTY LTD'
Cc: 60321@60.fesco.ru
Subject: Fw: mv Khudozhnik Zhukov – hold/containers cleaning

Good Morning,

Please find below e-mail from Mr Vitali Moldovanov.

Please ensure that the orginal invoice is adjusted as per the credit for $
9736.02 and sent back through to Owners for their records.

Thanks and Regards
Jeanine Richards
National Container Control / M & R Supervisor

FESCO Australia PTY Limited
PHONE (03) 969 73000
DDI (03) 969 73042
MOBILE 0408 364 281

----- Forwarded by Jeanine Richards/FESCOAUS on 28/04/2006 08:13 AM -----

        "Vitali D.
        Moldovanov"
        <701010/0.fesco.r                                          To
        u>                        jrichards@fesco.com.au
                                                                    cc
        27/04/2006 08:11
        PM                                                          Subject
                                  mv Khudozhnik Zhukov –

hold/containers cleaning

Dear Sirs,

We have to agree the deduction a further $ 9736.02 from the total account
for hold/containers cleaning of mv Khudozhnik Zhukov.

We will arrange the payment for this account after receiving the original
invoices from Fleet Services only.

In  future please never order any services/repairing jobs by Fleet Services

without our official confirmation.

Best Regards

V. Moldovanov / Deputy Technical Director

This mail has been virus scanned by Australia On Line
see http://www.australiaonline.net.au/mailscanning

"Vitali D. Moldovanov"
<70101@70.fesco.ru>
27/04/2006 06:11 PM

To   j:ichards@fesco.com.au

cc

bcc

Subject   mv Khudozhnik Zhukov - hold/containers cleaning

History:          ⌕ This message has been forwarded.

Dear Sirs,

We have to agree the deduction a further $9736.02 from the total account
for hold/containers cleaning of mv Khudozhnik Zhukov

We will arrange the payment for this account after receiving the original
invoices from Fleet Services only.

In future please never order any services/repairing jobs by Fleet Services
without our official confirmation

Best Regards

V. Moldovanov / Deputy Technical Director

# Fleet Services
## ASIA PTY LTD

COPY

www.fleetservices.com.au

Nationwide Co-ordination for Ship Repairs, General Engineering & Project Work, Stores & Safety.

A.B.N. 64 108 718 690

0 9 MAY 2006

DATE: 01-05-2006

ADJUSTMENT NOTE: AN500301
INTERNAL: 3

TO:  FESMEL     FESCO AUSTRALIA PTY LTD
                LEVEL 1
                280 COVENTRY STREET
                SOUTH MELBOURNE 3205
                VIC
Telephone:      9697-3000
Invoice Ref:    IN500301
Department:

SHIP TO:   M.V. KHUDOZHNIK ZHUKOV
           PORT OF MELBOURNE.

Payment Terms:   30 Days

| Quantity | Code | Description | Adjustment |
|----------|------|-------------|------------|
|          | DISC | Sales Discount on Invoice IN500301 | 9,736.02 |

Approval from Owners attached.

VOYAGE LEDGER CODING - AUSTRALIA

| AUTHORISED BY: | | INVOICE RECEIVED (DATE) | |
|---|---|---|---|
| VESSEL | VOYAGE | PORT | COST CODE | AMOUNT |
| KHZH | 5IIN | MEL | 512 | -9736.02 |
| | | | GST | |
| | | | INVOICE TOTAL | -9736.02 |

RECEIVED
- 2 MAY 2006
BY: G

Please refer to Invoice No. IN500301
for $159,345.80.- Above to be adjusted
against this mentioned invoice.

Details:   DISCOUNT AS AGREED

| | |
|---|---|
| Total $ | 9,736.02 |
| Discount $ | 9,736.02 |
| GST $ | 0.00 |
| Net $ | 9,736.02 |

THIS TRANSACTION IS A CREDIT ADJUSTMENT - NO PAYMENT IS REQUIRED FOR THE AMOUNT SHOWN

Factory 3/189 Cherry Lane, Laverton, Melbourne, Australia. 3026
Ph: +61 3 8368 2550  Fax: +61 3 8368 2332  Email: technical@fleetservices.com.au
AS/NZS ISO 9001: 2000 Certified



"STEVEN BROWN"
<sb@fleetservices.com.au>

28/04/2006 09:39 AM

Please respond to
<sb@fleetservices.com.au>

To <jrichards@fesco.com.au>, "FLEET SERVICES ASIA PTY
    LTD" <admin@fleetservices.com.au>
cc <60321@60.fesco.ru>
bcc
Subject RE: mv Khudozhnik Zhukov - hold/containers cleaning


Good Morning Jeanine;

Thank you for your email, I will send original invoice & original credit
note via DHL today.

Thanks for your assistance.



Best Regards,

STEVEN D. BROWN.
General Manager.

FLEET SERVICES ASIA PTY LTD

TEL: +61 3 8358-2550
FAX: +61 3 8358-2332
MOB: +61 438 383370

www.fleetservices.com.au

------Original Message-----
From: jrichards@fesco.com.au [mailto:jrichards@fesco.com.au]
Sent: Friday, 28 April 2006 8:17 AM
To: sb@fleetservices.com.au; 'FLEET SERVICES ASIA PTY LTD'
Cc: 60321@60.fesco.ru
Subject: Fw: mv Khudozhnik Zhukov - hold/containers cleaning


Good Morning,

Please find below e-mail from Mr Vitali Moldovanov.

Please ensure that the orginal invoice is adjusted as per the credit for $
9736.02 and sent back through to Owners for their records.

Thanks and Regards
Jeanine Richards
National Container Control / M & R Supervisor

FESCO Australia PTY Limited
PHONE (03) 969 73000
DDI (03) 969 73042
MOBILE 0409 384 281

----- Forwarded by Jeanine Richards/FESCOAUS on 28/04/2006 08:13 AM -----

              "Vitali D.
              Moldovanov"
              <70101870.fesco.r                                        To
              u>                     jrichards@fesco.com.au
                                                                       cc
              27/04/2006 06:11
              PM                                                  Subject
                                     mv Khudozhnik Zhukov -

hold/containers cleaning

Dear Sirs,

We have to agree the deduction a further $ 9736.02 from the total account
for hold/containers cleaning of mv Khudozhnik Zhukov.

We will arrange the payment for this account after receiving the original
invoices from Fleet Services only.

In future please never order any services/repairing jobs by Fleet Services

without our official confirmation.

Best Regards

V. Moldovanov / Deputy Technical Director

This mail has been virus scanned by Australia On Line
see http://www.australiaonline.net.au/mailscanning

"Vitali D. Moldovanov"
<70101@70.fesco.ru>
27/04/2006 05:11 PM

To  jrichards@fesco.com.au

cc

bcc

Subject  mv Khudozhnik Zhukov - hold/containers cleaning

History:          ⊠ This message has been forwarded.

Dear Sirs,

We have to agree the deduction a further $9736.02 from the total account
for hold/containers cleaning of mv Khudozhnik Zhukov

We will arrange the payment for this account after receiving the original
invoices from Fleet Services only.

In future please never order any services/repairing jobs by Fleet Services
without our official confirmation

Best Regards

V. Moldovanov / Deputy Technical Director

| | | | | | |
|---|---|---|---|---|---|
| 15/05/06 | BATCH 450 | 1497 | ALLIED CONTAINER | $ | 3,099.36 |
| | | 1498 | AUSTRALIAN CUSTOMS SERVICE | $ | 43.35 |
| | | 1499 | ADSTEAM HARBOUR - SYDNEY | $ | 11,273.08 |
| | | 1500 | AUSTRALIAN MARITIME | $ | 24,855.60 |
| | | 1501 | AUSTRALIAN MARITIME SAFETY | $ | 370.00 |
| | | 1502 | AQIS MELBOURNE | $ | 790.00 |
| | | 1503 | AUSPORT MARINE | $ | 2,981.00 |
| | | 1504 | AUTEX P/L | $ | 1,265.00 |
| | | 1505 | ACE WASTE GROUP | $ | 134.09 |
| | | 1506 | BECHLYS TRANSPORT | $ | 2,501.18 |
| | | 1507 | CHALMERS MELBOURNE | $ | 1,766.92 |
| GLOBAL | PAYMENT | 1508 | cancelled | | |
| | | 1509 | FLEET SERVICES | $ | 149,609.78 |
| | | 1510 | GATEWAY CONTAINER PARK | $ | 10,627.10 |
| | | 1511 | HEMISPHERE FREIGHT | $ | 6,765.81 |
| | | 1512 | INDEPENDENT REEFER | $ | 21,006.72 |
| | | 1513 | KERRY INTERMODAL | $ | 57.20 |
| | | 1514 | MAKENZIE INTERMODAL | $ | 1,155.00 |
| | | 1515 | MARITIME CONTAINER | $ | 6,039.39 |
| | | 1516 | PACIFIC NATIONAL | $ | 17,749.51 |
| | | 1517 | PATRICK RAIL | $ | 237,140.79 |
| | | 1518 | PORT OF BRISBANE | $ | 22.00 |
| | | 1519 | PORT OF MELBOURNE | $ | 51,524.66 |
| | | 1520 | P&O PORTS BRISBANE | $ | 126,723.64 |
| | | 1521 | P&O PORTS MELBOURNE | $ | 28,456.97 |
| | | 1522 | P&O PORTS SYDNEY | $ | 142,016.43 |
| | | 1523 | PATRICK PORT SVCS - COODE | $ | 12,759.95 |
| | | 1524 | PORT PHILLIP SEA PILOTS | $ | 10,366.23 |
| | | 1525 | PACIFIC STAR | $ | 407.00 |
| | | 1526 | QUEENSLAND TRANSPORT | $ | 18,888.02 |
| | | 1527 | SYDNEY PILOT SERVICE | $ | 4,636.04 |
| | | 1528 | SADLEIRS TRANSPORT | $ | 155.80 |
| | | 1529 | SYDNEY PORTS CORPORATION | $ | 50,660.88 |
| | | 1530 | TOLL NORTH | $ | 286.00 |
| | | 1531 | TOLL TASMANIA | $ | 236.50 |
| | | 1532 | TYNE CONTAINERS | $ | 44,734.86 |
| | | 1533 | VICTORIAN CONTAINERS | $ | 39,574.55 |
| | | | TOTAL | $ 1,030,617.41 | equal to bank stateme |

*Handwritten annotations:*

FESCO LINES
AUSTRALIA
PAYMENT TO ← (pointing to row 1509 FLEET SERVICES)
FLEET SERVICES

ent payment made on the 16th May



```
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****
```

```
      Message Name: SINGLE CUSTOMER CREDIT TRANSFER
      Message Type: F 103    Sent/Received: IRVTUS3NXXXX
         Direction: Input                     BANK OF NEW YORK
          Priority: Normal                    1290 AVENUE OF AMERICAS
           Session:                           FLOOR 5
          Sequence:                           NEW YORK,NY
                                              Input Output ACK   NAK   DUP    AUTH
      MIR:                                    Time   Time  Flag  Code  Flag  Code
      MOR:                                    -----  ------ ---- ------ ----- ----
      MUR:                                                        -----
```

```
1:       MESSAGE HEADER
         F01FAEBRU8VXXXX
2:       APPLICATION HEADER
         I103IRVTUS3NXXXXN
4:       MESSAGE TEXT
:20:     Sender's Reference
TRN:                     060817181441/823
:23B:    Bank Operation Code
                         CRED
:32A:    Value Date, Currency Code, Interbank Settled Amount
Value Date:              060817
Currency Code:           USD
Settled Amount:                     145'977,94
:50K:    Ordering Customer
Optional Account Line:
Full Address:            FESCO
                         VLADIVOSTOK,RUSSIA
:57A:    Account With Institution
Optional Account Line:
ISO Bank ID Code:        ANZBAU2S
                         AUSTRALIA AND NEW ZEALAND BANKING G
                         ROUP LIMITED
                         CORNER MARTIN PLACE AND PITT
                         SYDNEY
:59:     Beneficiary Customer
Optional Account Line:
Full Address:            FESCO LINES AUSTRALIA PTY LTD
                         SYDNEY,AUSTRALIA
:70:     Remittance Information
Free Format:             /RFB/INV.5210
:71A:    Details of Charges
                         OUR
:72:     Sender to Receiver Information
Narrative:               /ACC/BR.10/20 MARTIN PLACE
5:       TRAILER
```

```
                         **** END OF MESSAGE ****
```

```
--------------------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****
--------------------------------------------------------------------------------
PRINTER: . .     QUEUE: _VER2     BY: SAZ
DATABASE KEY: 200608171817340000  USER KEY: 200608171817340000  PAGE:   1
```

# EXHIBIT 3

FROM : VAESHTORGBANK DO, Vladivostok   PHONE NO. : 4232 300695        NOV. 01 2006 02:24PM P1

```
***** NETWORK ACKNOWLEDGMENT *****          2006-05-26 18:26   page no : 1549
tacus  : MESSAGE DELIVERED
tation :   1           BEGINNING OF MESSAGE
```

```
CK  *FIN/Session/ISN        :F01   0002    429034
CK  *Own Address            :VTBRRUM2AVDV  BANK FOR FOREIGN TRADE
CK  *                                      VLADIVOSTOK
CK  *                                      (VLADIVOSTOK BRANCH)
CK  *Input Message Type     :103           SINGLE CUSTOMER CREDIT TRANSFER
CK  *Sent to                :VTBRRUMMXXXX  BANK FOR FOREIGN TRADE
CK  *                                      MOSCOW
CK  *Input Time             :1110
CK  *MTR                    :060526VTBRRUM2AVDV0002429034
CK  *Priority               :Normal
CK  *
CK  *20 /SENDER'S REFERENCE
CK  *    85003401052602AN
CK  *23B/BANK OPERATION CODE
CK  *    CRED
CK  *32A/VAL DTE/CURR/INTERBNK SETTLD AMT
CK  *    060526AUD149609,78
CK  *                        2006-05-26
CK  *                        Australian Dollar
CK  *                                              149609,78
ACK  *50K/ORDERING CUSTOMER-NAME & ADDRESS
ACK  *    ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
ACK  *    FAR EASTERN SHIPPING COMPANY PLC,
ACK  *    15, ALEUTSKAYA STR., VLADIVOSTOK, R
ACK  *    USSIA
ACK  *53B/SENDER'S CORRESPONDENT -LOCATION
ACK  *    /D/30302036750020000034
ACK  *57D/ACCOUNT WITH INST -NAME & ADDR
ACK  *    ANZ BANK ,SWAN STREET.RICHMOND.AUST
ACK  *    RALIA BSB ▨▨▨▨▨▨▨▨▨
ACK  *59 /BENEFICIARY CUSTOMER-NAME & ADDR
ACK  *    ▨▨▨▨▨▨▨▨
ACK  *    FLEET SERVICES ASIA PTY LTD
ACK  *    FACTORY 3/189 CHERRY LANE.LAVERTON.
ACK  *    MELBOURNE.AUSTRALIA:036
ACK  *70 /REMITTANCE INFORMATION
ACK  *    INVS.IN500301.AN500301
ACK  *71A/DETAILS OF CHARGES
ACK  *    OUR
ACK  *
ACK  *
ACK  *TRN: Transaction Reference Number
ACK  *    F002429034/ABS_VTB
ACK  *SEQ: Sequence Number
ACK  *    115091 Total    098496 SWIFT
ACK  *COR: Corresponding Input Message Sequence Number
ACK  *    VDV5259000001
ACK  *PCC:F: PC Connect : First Copy Of The Message
ACK  *
```

# EXHIBIT 4

## FACSIMILE

| Date: | 14.08.2007 | № | | To № | |
|---|---|---|---|---|---|
| From: | FESCO Legal Department | | To: | Fleet Services Asia PTY LTD | |
| | | | Attn: | President /Directors | |
| Tel./fax: | +7 (4232) 521-450 | | Tel./fax: | + 61 3 8368 2332 | |

Number of pages   1          (one), including this one

**Re: m/v Khudoznik Zhukov, Melbourne on March, 2006 - double payment for cleaning of holds and containers from fuel oil spill**

Dear Sirs,

With the reference to numerous exchanges in regard double payment this is to invite you to settle this case asap.

We think you will not reject that your services was paid twice taking into consideration the evidence of payments early provided from FESCO Lines Australia and FESCO accordingly.

Unfortunately settlement of this matter amicably when you promised to sort out everything with your bank gave no result.

Please note as the payment for the same services was made twice this is from legal point of view is unfounded enrichment. This is out of question from all points of view.

Taking into consideration all above please remit the balance due to FESCO at the sum of USD 110.352,17.

Please confirm safe receipt of this letter.

And look forward to hearing from you in due course.

FESCO Legal Department
Deputy Director                                    Elena Zvezdina



ISO 9001
Management system
certified by
Russian Register

Quality
Endorsed
Company

**FAR EASTERN SHIPPING COMPANY, PLC**
15,    Aleutskaya    st.,    Vladivostok,    690990,    •    Russia
Telephone.: +7 (4232) 411-432, 521-010 • Fax: +7(4232) 413-037, 521-551
Tlx: 213255 FESCO RU • Mail: info@fesco.ru • Site: www.fesco.ru

In case of receiving this message by mistake or not completely, please inform the sender immediately

Nataliya V.
Mavlyutova/FESCO/RU
28.08.2007 17:37

Komy  <sb@fleetservices.com.au>, technical@fleetservices.com.au

Копия

CK

Тема   m/v Kh. Zhukov, Melbourne on March, 2006

To: Fleet Services Asia Pty Ltd.

From: FESCO Legal Department

Dear Sirs,

unfortunately the Owners did not receive from you any reply with your position or any intention to settle this case amicably.

The Owners would be garteful to receive your reply in regard  double payment of USD 110.352,17 as provided in our letter dd 14.08.2007.

Unless the Owners do not hear from  you by return within 15 days from the date of this letter, the Owners will proceed this case further by all legal means.

Best regards,

Nataliya Mavlyutova
Lawyer
FESCO Legal Department
15, Aleytskaya Str., Vladivostok,
690990, Russia
Phone: +7(4232)521-372,
Fax:    + 7(4232)521-450
www.fesco.com

—— Переслано: Nataliya V. Mavlyutova/FESCO/RU дата: 28.08.2007 17:36 ——

Nataliya V.
Mavlyutova/FESCO/RU

14.08.2007 16:21

Komy  <sb@fleetservices.com.au>, technical@fleetservices.com.au

Копия

Тема   m/v Kh. Zhukov, Melbourne on March, 2006

To: Fleet Services Asia Pty Ltd.

From: FESCO Legal Department

Subject: double payment of USD 110.352,17 for cleaning holds and containers from fuel oil spill

Dear Sirs,

please find attached below for your kind consideration.

Look forward to hearing from you soon.

Khudozhnik Zhukov, Melbourne.pdf

Best regards,

Nataliya Mavlyutova
Lawyer
FESCO Legal Department
15, Aleytskaya Str., Vladivostok,
690990, Russia
Phone: +7(4232)521-372,
Fax:    + 7(4232)521-450
www.fesco.com

## Kevin J. Lennon

| | |
|---|---|
| From: | Nataliya V. Mavlyutova [90106@90.fesco.ru] |
| Sent: | Thursday, October 04, 2007 11:39 PM |
| To: | Kevin J. Lennon |
| Subject: | Fleet service, Australia |

| | |
|---|---|
| TimeMattersID: | M2CF599D94B37189 |
| TM Matter No: | 2007-BDV |
| TM Matter Reference: | 2007-BDV |

Kevin,

see attached below correspondence between FESCO Financial department and Fleet Service.

Best regards,

Nataliya Mavlyutova
Lawyer
FESCO Legal Department
15, Aleytskaya Str., Vladivostok,
690990, Russia
Phone: +7(4232)521-372,
Fax:     + 7(4232)521-450
www.fesco.com

"FLEET SERVICES ASIA PTY LTD" <sb@fleetservices.com.au>
20.12.2006 13:54
Срок ответа для:
<sb@fleetservices.com.au>

Кому
"'Aleksandra K. Dyachenko'" <50706@50.fesco.ru>
Копия
"'Elena Y. Sergiyenko'" <50504@50.fesco.ru>, "'Anatoliy S. Puryasov'"
<50203@50.fesco.ru>, <sb@fleetservices.com.au>
Тема
RE: RE: RE: RE: RE: Deck and engine stores for m/v Kh.Zhukov / URGENT

Dear Alexandra;

Sorry for my late reply I have been out of the office for a few days.

We have spoken to the banks and it appears this should be resolved in the
next 2 weeks.

They have traced the account it has gone to and the bank are awaiting the

1

instructions from the receivers end.

I hope all will be finalized before end of the month.

Will keep you posted.

Best Regards,

STEVEN D. BROWN.
General Manager.

FLEET SERVICES ASIA PTY LTD

TEL: +61 3 8368-2550
FAX: +61 3 8368-2332
MOB: +61 438 383370

www.fleetservices.com.au

-----Original Message-----
From: Aleksandra K. Dyachenko [mailto:50706@50.fesco.ru]
Sent: Monday, 18 December 2006 11:40 AM
To: sb@fleetservices.com.au
Cc: Elena Y. Sergiyenko; Anatoliy S. Puryasov
Subject: HA: RE: RE: RE: RE: Deck and engine stores for m/v Kh.Zhukov /
URGENT

Dear Mr.Brown,

Pls kindly advise if your bankers received any response from the client.
Pls give us bank contact information: name of bank, contact details as
fax, e-mail and PIC. We would like to proceed this matter from our side
too.

Awaiting for your soonest reply.

Best regards.

Alexandra Dyachenko
Financial dept of FESCO
PH: 7(4232)52-1378
FAX: 7(4232)52-1512
E-MAIL.: 50706@50.FESCO.RU

"FLEET SERVICES ASIA PTY LTD" <sb@fleetservices.com.au>
Кому

"Aleksandra K. Dyachenko'" <50706@50.fesco.ru>
От: "FLEET SERVICES ASIA PTY LTD" <sb@fleetservices.com.au>
23.11.2006 07:50
Рабочее письмо электронная почта (e-mail)
Срок ответа для:
<sb@fleetservices.com.au>
Копия
"Elena Y. Sergiyenko'" <50504@50.fesco.ru>, "'Anatoliy S. Puryasov'"
<50203@50.fesco.ru>

Обобщ.тема

Тема
RE: RE: RE: RE: Deck and engine stores for m/v Kh.Zhukov / URGENT

Dear Aleksandra;

Thanks for your email.

I have met with the bank and they confirmed funds had been mistakenly sent
to someone else's account, although they could not tell me their name due
to
privacy regulations.

They yesterday wrote to their other client and we are now awaiting their
response, the bank will not formally concede an error has been made until
the written response is received from the other party.

Will revert once more information is received.

Best Regards,

STEVEN D. BROWN.
General Manager.

FLEET SERVICES ASIA PTY LTD

TEL: +61 3 8368-2550
FAX: +61 3 8368-2332
MOB: +61 438 383370

www.fleetservices.com.au

-----Original Message----
From: Aleksandra K. Dyachenko [mailto:50706@50.fesco.ru]
Sent: Wednesday, 22 November 2006 6:19 PM
To: sb@fleetservices.com.au
Cc: Elena Y. Sergiyenko; Anatoliy S. Puryasov
Subject: HA: RE: RE: RE: Deck and engine stores for m/v Kh.Zhukov / URGENT

3

Importance: High

Dear Mr.Brown,

Pls advise us about results of yesterday meeting with bankers. If there is

any movements?

Best regards.

Alexandra Dyachenko
Financial dept of FESCO
PH: 7(4232)52-1378
FAX: 7(4232)52-1512
E-MAIL: 50706@50.FESCO.RU

"FLEET SERVICES ASIA PTY LTD" <sb@fleetservices.com.au>
Кому
"'Aleksandra K. Dyachenko'" <50706@50.fesco.ru>
От: "FLEET SERVICES ASIA PTY LTD" <sb@fleetservices.com.au>
16.11.2006 06:40
Рабочее письмо электронная почта (e-mail)
Срок ответа для:
<sb@fleetservices.com.au>
Копия
"'Elena Y. Sergiyenko'" <50504@50.fesco.ru>, "'Anatoliy S. Puryasov'"
<50203@50.fesco.ru>

Обобш.тема

Тема
RE: RE: RE: Deck and engine stores for m/v Kh.Zhukov / URGENT

Good morning Aleksandra;

Thank you for your email.

The bank has indicated funds have gone to someone else's account, I have a
meeting with them on Tuesday at 15.30hrs to discuss and obtain information
from their end.

Will advise after meeting has finished.

Best Regards,

STEVEN D. BROWN.
General Manager.

FLEET SERVICES ASIA PTY LTD

TEL: +61 3 8368-2550
FAX: +61 3 8368-2332
MOB: +61 438 383370

www.fleetservices.com.au

-----Original Message-----
From: Aleksandra K. Dyachenko [mailto:50706@50.fesco.ru]
Sent: Wednesday, 15 November 2006 6:40 PM
To: sb@fleetservices.com.au
Cc: Elena Y. Sergiyenko; Anatoliy S. Puryasov
Subject: HA: RE: RE: Deck and engine stores for m/v Kh.Zhukov / URGENT
Importance: High

Dear Mr. Brown,

Pls kindly inform if you receive any message from your bank. Thank you.

Best regards.

Alexandra Dyachenko
Financial dept of FESCO
PH: 7(4232)52-1378
FAX: 7(4232)52-1512
E-MAIL: 50706@50.FESCO.RU

"FLEET SERVICES ASIA PTY LTD" <sb@fleetservices.com.au>
Кому
"'Aleksandra K. Tsirkunova'" <50706@50.fesco.ru>
От: "FLEET SERVICES ASIA PTY LTD" <sb@fleetservices.com.au>
10.11.2006 11:41
Рабочее письмо электронная почта (e-mail)
Срок ответа для:
<sb@fleetservices.com.au>
Копия
"'Elena Y. Sergiyenko'" <50504@50.fesco.ru>, "'Anatoliy S. Puryasov'"
<50203@50.fesco.ru>

Обобщ.тема

Тема
RE: RE: Deck and engine stores for m/v Kh.Zhukov / URGENT

5

Dear Ms. Tsirkunova;

Thank you for your email.

I have just got off the phone from the bank and they advised they will
call
me Monday.

Will revert after that call.


Best Regards,

STEVEN D. BROWN.
General Manager.

FLEET SERVICES ASIA PTY LTD

TEL: +61 3 8368-2550
FAX: +61 3 8368-2332
MOB: +61 438 383370

www.fleetservices.com.au


-----Original Message-----
From: Aleksandra K. Tsirkunova [mailto:50706@50.fesco.ru]
Sent: Thursday, 9 November 2006 3:03 PM
To: sb@fleetservices.com.au
Cc: ADMIN; technical@fleetservices.com.au; Elena Y. Sergiyenko; Anatoliy
S.
Puryasov
Subject: HA: RE: Deck and engine stores for m/v Kh.Zhukov / URGENT
Importance: High

Dear Mr. Brown,

Pls advise if you have received any anwer from your bankers? Awaiting for
your soonest reply.


Best regards.

Alexandra Dyachenko
Financial dept of FESCO
PH: 7(4232)52-1378
FAX: 7(4232)52-1512
E-MAIL: 50706@50.FESCO.RU

"FLEET SERVICES ASIA PTY LTD" <sb@fleetservices.com.au>
Кому
"'Aleksandra K. Tsirkunova'" <50706@50.fesco.ru>,
<sb@fleetservices.com.au>
От: "FLEET SERVICES ASIA PTY LTD" <sb@fleetservices.com.au>
03.11.2006 12:50
Рабочее письмо электронная почта (e-mail)
Срок ответа для:
<sb@fleetservices.com.au>
Копия
"'Elena Y. Sergiyenko'" <50504@50.fesco.ru>

Обобщ.тема

Тема
RE: Deck and engine stores for m/v Kh.Zhukov / URGENT

Dear Alexsandra;

Thank you for your email.

We have passed your remittance advice to the bank concerned for checking,
as
we do not have the extra payment in our account, we only received 1
payment.

As soon as the bank reverts, we will advise.

We are trying to resolve a situation that was caused at your end, so do
not
bother to threaten us with legal proceedings as we are spending time to
resolve this problem, NOT caused by us.

Best Regards,

STEVEN D. BROWN.
General Manager.

FLEET SERVICES ASIA PTY LTD

TEL: +61 3 8368-2550
FAX: +61 3 8368-2332
MOB: +61 438 383370

www.fleetservices.com.au

7

-----Original Message-----
From: Aleksandra K. Tsirkunova [mailto:50706@50.fesco.ru]
Sent: Friday, 3 November 2006 12:27 PM
To: sb@fleetservices.com.au
Cc: ADMIN; technical@fleetservices.com.au; Elena Y. Sergiyenko
Subject: Deck and engine stores for m/v Kh.Zhukov / URGENT
Importance: High

Dear Mr. Brown,

Pls urgenty confirm receipt of bank SWIFT for our funds remittance. When
we can expect return of funds. It's more then one month passed since we
applied to you with this matter. This is too long time to investigate
double payment. We sent you two payments approval from our side and FESCO

Australia according to which you can see double payment. We can not wait
endlessly. Amount is too big. If we do not receive funds from your company

within 1 week, we will pass this deal to our Legal Department. Awaiting
for your soonest reply and remittance details.

Best regards.

Alexandra Dyachenko
Financial dept of FESCO
PH: 7(4232)52-1378
FAX: 7(4232)52-1512
E-MAIL: 50706@50.FESCO.RU

"FLEET SERVICES ASIA PTY LTD" <sb@fleetservices.com.au>
Кому
"'Aleksandra K. Tsirkunova'" <50706@50.fesco.ru>
От: "FLEET SERVICES ASIA PTY LTD" <sb@fleetservices.com.au>
01.11.2006 10:32
Рабочее письмо электронная почта (e-mail)
Срок ответа для:
<sb@fleetservices.com.au>
Копия
<kgooch@fesco.com.au>, <snino@fesco.com.au>, "'Elena Y. Sergiyenko'"
<50504@50.fesco.ru>, "'Anatoliy S. Puryasov'" <50203@50.fesco.ru>,
<vvetolskiy@fesco.com.au>

8

Обобщ.тема

Тема
RE: Re: Deck and engine stores for m/v Kh.Zhukov


Dear Alexsandra;

Thank you for your emails.

I spoke to Susanna at your Melbourne office last week and requested a copy
of the reimttiance/bank transfer so further investigations could be made.

Our bank account has no credit in it, however, with overseas transactions,
the banks clearing account may have it, bit I need to show them the
original
transfer.

I notice there is an attachment to your email, but I cannot open it.

Please resend in a different format or please check it at your end.


Best Regards,

STEVEN D. BROWN.
General Manager.

FLEET SERVICES ASIA PTY LTD

TEL: +61 3 8368-2550
FAX: +61 3 8368-2332
MOB: +61 438 383370

www.fleetservices.com.au


-----Original Message-----
From: Aleksandra K. Tsirkunova [mailto:50706@50.fesco.ru]
Sent: Wednesday, 1 November 2006 10:57 AM
To: ADMIN; technical@fleetservices.com.au
Cc: kgooch@fesco.com.au; snino@fesco.com.au; Elena Y. Sergiyenko;
sb@fleetservices.com.au; Anatoliy S. Puryasov; vvetolskiy@fesco.com.au
Subject: HA: Re: Deck and engine stores for m/v Kh.Zhukov
Importance: High

To: Fleet Services
Cc: FESCO Australia PTY LTD
From: FESCO, Finance Dept

Dear Sirs,

Pls kindly find our payment order for AUD 149609.78 dated 26/05/2006.

Best regards.

Alexandra Tsirkunova
Financial dept of FESCO
PH: 7(4232)52-1378
FAX: 7(4232)52-1512
E-MAIL: 50706@50.FESCO.RU

ADMIN <admin@fleetservices.com.au>
Кому
"Aleksandra K. Tsirkunova" <50706@50.fesco.ru>, <sb@fleetservices.com.au>
От: ADMIN <admin@fleetservices.com.au>
20.09.2006 10:07
Рабочее письмо электронная почта (e-mail)
Копия
<kgooch@fesco.com.au>, <snino@fesco.com.au>, "Elena Y. Sergiyenko"
<50504@50.fesco.ru>

Обобщ.тема

Тема
Re: Deck and engine stores for m/v Kh.Zhukov

DEAR ALEKSANDRA
FUTHER TO MY EMAIL TO IRINA ABOUT 2 WEEKS AGO STEVEN IS CURRENTLY OVERSEAS
IN EUROPE AND ASIA WE EXPECT HIM BACK AROUND 30TH OCTOBER HE WILL REVERT
ON
HIS RETURN.

On 19/9/06 4:30 PM, "Aleksandra K. Tsirkunova" <50706@50.fesco.ru> wrote:

> To: Fleet Services
> Cc: FESCO Australia PTY LTD
> From: FESCO, Finance Dept
>
> Dear Sirs,
>
> Pls kindly confirm receipt of our message regarding double payment for
m/v
> Kh.Zhukov. Pls advise remittance details.
>
>
>

\>
\>
\>
\> To: Fleet Services
\> Cc: FESCO Australia PTY LTD
\> From: FESCO, Finance Dept
\>
\> Dear Sirs,
\>
\>
\> Pls be advised the invoice №1N500301 with Adjustment Note №AN500301
total
\> amounting AUD
\> 149609.78 was paid twice. 15/05/2006 it was paid by FESCO Australia and
\> 26/05/2006 by FESCO, Vladivostok.
\> Pls kindly refund AUD 149609.78 to FESCO Australia. Pls confirm.
\>
\>
\>
\> To: FESCO Australia
\>
\> Dear Kim,
\>
\> Pls advise Messr. Fleet Service your full banking details and credit
this
\> amount in your next FESCOSOA. Pls confirm.
\>
\>
\> Best regards.
\>
\> Alexandra Tsirkunova
\> Financial dept of FESCO
\> PH: 7(4232)52-1378
\> FAX: 7(4232)52-1512
\> E-MAIL: 50706@50.FESCO.RU
\>
\>
\> This mail has been virus scanned by Australia On Line
\> see http://www.australiaonline.net.au/mailscanning

Best Regards,

SUE SEEL - ADMINISTRATION.
FLEET SERVICES ASIA PTY LTD.

TEL: +61 3 8368-2550
FAX: +61 3 8368-2332

www.fleetservices.com.au

11