UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 0982

------------------------------------------------------X
FAR EASTERN SHIPPING CO., PLC,          :     08 Civ. _____ (   )

                Plaintiff,             :     **ECF CASE**

    - against -                                  :

FLEET SERVICES ASIA PTY LTD.,           :

                Defendant.             :
------------------------------------------------------X

[Stamp: RECEIVED JAN 30 2008 U.S.D.C. S.D.N.Y. CASHIERS]

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

    Parents:        None.

Subsidiaries:   FESCO Agencies North America Inc., FESCO Supply Shipping Company Ltd., FESCO Lines Australia Pty Ltd., Roselau Shipping Company Limited, Tryfield Shipping Company Limited, Pacific Container Ships Holding Limited, Pacific Conline Holding Limited, FES-Invest PLC, FESCO Lines China, Co., Ltd., FESCO Logistics LLC, FESCO Intermodal Ltd., Dalreftrans Ltd., Transfes Maritime Agency, LLC, National Parom Company Ltd., Slavyansky Shipbuilding Yard PLC, FESCO Lines Hong Kong Limited, Orlouna Holdings Llimited.

    Affiliated companies: Russkaya Troyka LLC, Akzo Nobel Fesco Ltd., Vostochny Express Service LLC, United Orient Shipping and Agency Co., Ltd., Defence Corp. Skat Co.,

Ltd., FESCO Service LLC, M-Port LLC.

Dated: January 30, 2008
New York, NY

                              The Plaintiff,
                              FAR EASTERN SHIPPING CO., PLC

By: _____
                              Kevin J. Lennon
                              Nancy R. Peterson
                              LENNON, MURPHY & LENNON LLC
                              The GrayBar Building
                              420 Lexington Avenue, Suite 30o
                              New York, NY  10170
                              (212) 490-6050 - phone
                              (212) 490-6070 - facsimile
                              kjl@lenmur.com
                              nrp@lenmur.com