


**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615

mail@lenmur.com

April 30, 2008

<u>Via Facsimile (212) 805-6390</u>
Hon. William H. Pauley, III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1581

RECEIVED
APR 30 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

    Re:    Far Eastern Shipping Co., PLC v. Fleet Services Asia PTY Ltd.
            Docket No. 08 CV 982 (WHP)
            Our Ref: 07-1248

Dear Judge Pauley:

    We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for Friday, May 2, 2008 at 12:30 p.m.

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On January 30, 2008 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared and none of its property has been restrained in New York despite daily service of the writ of attachment on the garnishee banks.

    We have continued our daily service of the writ of attachment on the garnishee banks in an effort to obtain jurisdiction over the Defendant and secure our client's claim. However, to date, those efforts have been unsuccessful. We will be conferring with our client to determine what further steps, if any, may be warranted under these circumstances to seek to security for our client's claim.

    As Defendant has not appeared and no security has been obtained, we respectfully request a sixty (60) day adjournment of the pre-trial conference during which time we will seek to obtain jurisdiction over the Defendant by continued service of the attachment.

    This is Plaintiff's second request for an adjournment of the pre-trial schedule. Your Honor granted Plaintiff's first request for an adjournment on March 5, 2008. Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

                        Respectfully submitted,

                        Anne C. LeVasseur    *application denied.*

                        SO ORDERED:

ACL/bhs

                        WILLIAM H. PAULEY III U.S.D.J.
                        4/30/2008