UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
FAR EASTERN SHIPPING CO., PLC,

            Plaintiff,            08 Civ. 982 (WHP)

      -against-            SCHEDULING ORDER

FLEET SERVICES ASIA PTY LTD.,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the Plaintiff having reported at a May 2, 2008 conference that it has been unable to attach any funds, this Court will hold a status conference on May 16, 2008 to determine whether the action should be discontinued.

Dated: May 5, 2008
      New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Copy mailed to:*

Kevin John Lennon, Esq.
Nancy Rebecca Peterson, Esq.
Lennon, Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Avenue
Suite 300
New York, NY 10170
*Counsel for Plaintiff*