Pauley, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FAR EASTERN SHIPPING CO., PLC,        :    08 Civ. 982 (WHP)

                Plaintiff,        :    ECF CASE

     - against -        :

FLEET SERVICES ASIA PTY LTD.,        :

                Defendant.        :
-----------------------------------------------------------X

[Stamp: USDSNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/21/2008]

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: May 7, 2008
       Southport, CT

                              The Plaintiff,
                              FAR EASTERN SHIPPING CO., PLC

                              By: _____
                              Anne C. LeVasseur (AL3333)
                              LENNON, MURPHY & LENNON, LLC
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              Phone (212) 490-6050
                              Fax (212) 490-6070
                              acl@lenmur.com

                              SO ORDERED

                              _____
                              U.S.D.J.
                              7/21/2008